In the Matter of the Transfer Tax upon the Estate of
JOHN M. BOWERS, Deceased.

WILLIAM C. BOWERS et al., as Executors and Trustees
et al., Respondents; THE COMPTROLLER OF THE STATE
OF NEW YORK, Appellant.

*Transfer tax — trust deeds made by decedent prior to his death —
reservation of right to alter, amend or extend conditions of instrument
— when property transferred not subject to transfer tax.*

*Matter of Bowers,* 195 App. Div. 548, affirmed.
(Argued June 1, 1921; decided July 14, 1921.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
April 21, 1921, which modified an order of the New
York County Surrogate's Court assessing a transfer tax
upon the estate of John M. Bowers, deceased, by striking
out the tax on the transfer of certain property set forth
in certain trust deeds made by the decedent prior to
his death. The deeds each provided: " It is further
expressly agreed that the party of the first part may at
any time, and from time to time, with the approval of
either one of the said parties of the second part, or the
survivor of them, or any one of their or his successors
or successor, alter, amend or extend all or any of the
terms or conditions of this instrument, and may, with
like consent, confer new powers upon the parties of the
second part concerning the administration of their trust."
The comptroller contended that the gifts to the trustees
should be considered as transfers which did not become
absolute until the death of the testator.

*Schuyler C. Carlton* and *Lafayette B. Gleason* for
appellant.

*Francis M. Scott* and *Paul E. Whitten* for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO,
POUND, CRANE and ANDREWS, JJ.